UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 12 PM 2:52
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 412-038 |
| BENJAMIN H. RICHER | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 12th day of June, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA